UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ x

JOSEPH SROUR,

                                        Plaintiff,

                - against -

NEW YORK CITY, New York,
KEECHANT SEWELL, in her Official Capacity as NYPD
Police Commissioner,

                                       Defendants.

**NOTICE OF APPEARANCE**

22-CV-3 (JPC)

------------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Aimee K. Lulich**, Senior Counsel, on behalf of the Corporation Counsel of the City of New York, Georgia M. Pestana, appears herein as counsel of record for defendants City of New York and New York City Police Department Commissioner Keechant Sewell.

Dated: New York, New York
         January 12, 2022

                                                   GEORGIA M. PESTANA
                                                 Corporation Counsel
                                                 of the City of New York
                                                 *Attorney for Defendants*
                                                 100 Church Street
                                                 New York, New York 10007
                                                 (212) 356-2369

                                          By:     /S_____
                                                      Aimee K. Lulich
                                                      Senior Counsel

cc:    Amy L. Bellantoni (By ECF)
        *Counsel for Plaintiff*