

September 26, 2022

**VIA ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted.  The conference previously scheduled for October 21, 2022 is adjourned until November 3, 2022 at 9:00 a.m.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 20.

SO ORDERED.
Date: September 27, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

   Re: Joseph Srour v. City of New York, et al.
      22 Civ. 0003 (JPC)

Your Honor,

  I represent the plaintiff, Joseph Srour, in the above-referenced matter. I write with the consent of defendants' counsel Aimee Lulich regarding the telephonic conference scheduled for October 21, 2022 to request a brief adjournment of the conference date.

  On October 21, 2022, I will be appearing before the Hon. Kimberly J. Mueller in the U.S. District Court for the Eastern District of California for a conference in the matter of Baird v. Bonta, 2:19-cv-00617.  On October 18 I will be appearing before the Hon. Frank P. Nervo in New York Supreme Court for oral argument in the matter of Anderson v. New York City, Index No. 152782/2021; on I will be traveling to California late October 19-20. Ms. Lulich advises that she will be out of town from October 22 through October 26.

  Based on the above, I respectfully request that the telephonic conference before the Court be adjourned to October 27 or 28 or the following week, as the Court's schedule permits.  Thank you for the Court's consideration.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni


cc: Aimee Lulich, Esq.
   **(via ECF)**

2 Overhill Road, Suite 400  info@bellantoni-law.com  (914) 367-0090 (t)
Scarsdale, New York 10583  www.bellantoni-law.com  (888) 763-9761 (f)