UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOSEPH SROUR,

                Plaintiff,                Case No.: 22 Civ. 3 (JPC)

    -against-

                                                **NOTICE OF MOTION**
                                                **FOR SUMMARY JUDGMENT**
NEW YORK CITY, New York,
KEECHANT SEWELL, in her Official
Capacity as NYPD Police Commissioner,

                Defendants.
-------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the Declaration of Joseph Srour dated December 9, 2022 with annexed exhibits, Statement of Undisputed Material Facts pursuant to Local Rule 56.1, Memorandum of Law support, and upon all prior pleadings and proceedings had herein, Plaintiff Joseph Srour will move this Court before the Honorable John P. Cronan at the United States Courthouse located at 500 Pearl Street, New York, New York on February 14, 2023, for an Order of Judgment as a matter of law pursuant to Federal Rule 56 in favor of Plaintiff on his claims for violations of his rights as codified by the Second and Fourteenth Amendments to the United States Constitution, together with all such other and further relief as the Court deems just and proper, including without limitation, the right to apply to the Court for an award of monetary damages,

1

2

permanent injunctive relief, costs and disbursements, and statutory attorney's fees.

Dated: December 16, 2022
      Scarsdale, New York

                                    THE BELLANTONI LAW FIRM, PLLC
                                    *Attorneys for Plaintiff*
                                    _____/s/_____
                                    Amy L. Bellantoni (AB3061)
                                    2 Overhill Road, Suite 400
                                    Scarsdale, New York 10583
                                    (914) 367-0090 (t)
                                    (914) 367-0095 (f)