# EXHIBIT 1



**New York State Division of Criminal Justice Services**
80 South Swan Street
Albany, New York, 12210

**Date:**      March 08, 2019

**To:**        JOSEPH SROUR

**From:**      Division of Criminal Justice Services Record Review Unit
**Subject:**   RECORD REVIEW RESULTS

---

A search of the New York State Division of Criminal Justice Services' (DCJS) files, using the fingerprint impressions submitted with your record review request, has been conducted:

The attached fingerprint based response **may** contain:

- An identification to a criminal history report which includes all criminal history information maintained on file by DCJS that pertains to you; OR
- An indication that you have no criminal history record information

A second search of sealed records, based solely on the personal descriptive data you provided, was also performed. If that search resulted in a possible identification, the resulting sealed criminal history included, is provided to you in accordance with subsection 2 of Criminal Procedure Law Section 160.50 and is only based on a search of the personal descriptive information you provided. This sealed information is not to be regarded as a positive identification because it is not the result of a fingerprint search. DCJS disseminates sealed information only where authorized by law to do so.

If you wish to challenge the accuracy or completeness of any information contained in your criminal history report, please refer to the enclosed **Help Us Help You** document and complete the enclosed Statement of Challenge form. If you choose to challenge, please return the Challenge form, and any supporting documentation to the attention of the Record Review and Challenge Unit at the above address. Please note that DCJS cannot modify any data without written authorization from the reporting agency.

If your report is modified as a result of a successful challenge, a new copy of your criminal history report will be mailed to you. If you have any questions, please write the Record

Review and Challenge Unit at the above address, or telephone (518) 485-7675 or (518) 457-9847.

*NOTE: Labor Law sec. 201-a. Except as otherwise provided by law, no person, as a condition of securing employment or of continuing employment, shall be required to be fingerprinted.*

## Fingerprint Response Summary

NYSID: ▮▮▮▮   ORI: NYDCJSPRY   NYS Div of Criminal Justice Services - Public Record Review

| | | |
|---|---|---|
| **NYSID:** ▮▮▮▮ | **FBI Number:** | **Current Transaction Name:** JOSEPH SROUR |
| **Fax Number:** | **Current Arrest Number:** N/A | **DOB:** ▮▮▮▮ |
| **Probation Client ID#:** | **III Status:** Status in other states unknown | |

### ● Alerts

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**Violent Felony** offense(s) on file

This person's criminal history is totally sealed.

### ● Identification Information

**Name:** JOSEPH SROUR

**Date of Birth:** ▮▮▮▮

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** White | **Ethnicity:** Unknown | **Skin Tone:** Light / Light / Medium |
| **Eye Color:** Hazel | **Hair Color:** Brown | **Height:** 5' 11" | **Weight:** 210 |

**SSN:** ▮▮▮▮

**Place of Birth:** Israel

No Photo Available

**Latest Arrests (Max 10):**

| Arrest Date | Name | Date of Birth | Address |
|---|---|---|---|
| July 11, 1996 | JOSEPH SROUR | June 20, 1974 | 1968 E 12 ST, BKLYN, NY |
| June 07, 1995 | JOSEPH SROUR | June 20, 1974 | 1968 E 12 ST, BKLYN, NY |

## Fingerprint Response

**ORI: NYDCJSPRY**
NYS Div of Criminal Justice Services - Public Record Review
**NYSID:** ▮▮▮▮

Identification   Criminal History   Job/License

### ● Transaction Data

3/8/2019



**Name:** JOSEPH SROUR
**Transaction ID:** 33858872
**Agency ORI:** NYDCJSPRY
**SSN:**
**Type of Submission:** CIVIL INQUIRY

## Civil Information

| | |
|---|---|
| Type of Application: | Public Record Review-Unsuppressed |
| Name: | JOSEPH SROUR |
| Date of Birth: | |
| Country of Citizenship: | USA |
| US Citizen: | |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Not Hispanic |
| Height: | 5' 10" |
| Weight: | 207 |
| SSN: | |
| Address: | |
| Agency ID: | UZNY2QB78F |
| Date of Application: | March 07, 2019 |
| Application Agency: | NYS Div of Criminal Justice Services - Public Record Review |
| Application Number: | UZNY2QB78F |
| Driver's License: | |

## ● Transaction Status Information

| Activity | Date/Time | Elapsed |
|---|---|---|
| Initial Transaction Received | March 08, 2019 10:56:02 am | |
| Online Data Received | March 08, 2019 10:56:02 am | |
| Transaction Completed | March 08, 2019 11:00:08 am | 0 Hour(s) 4 Minute(s) |
| Rapsheet Produced | March 08, 2019 11:00:14 am | |

## ●NYS Criminal History Information ⬆

**Name:**
JOSEPH SROUR

**Date of Birth:**

3/8/2019

**Place of Birth:** Israel

No Photo Available

**Date**

**Address:**
15 DAKOTA PL, PRIVATE, BROOKLYN, NY 112340000
1968 E 12 ST, BKLYN, NY
1968 E 12 ST, BROOKLYN, NY

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** White | **Ethnicity:** Unknown | **Skin Tone:** Light / Light / Medium |
| **Eye Color:** Hazel | **Hair Color:** Brown | **Height:** 5' 11" | **Weight:** 210 |

**SSN:** ▇▇▇▇

**NYSID#:** ▇▇▇▇    **FBI#:**    **NCIC Classification#:** 151919PO13166211PM18

**III Status:** Status in other states unknown

**US Citizen:**   U

⬇ **Cycle 2**
**Violent Felony Offense**
**Cycle may not be supported by fingerprints**

**Arrest/Charge Information**
Arrest Date: July 11, 1996 11:56 pm (23:56:00)

| | |
|---|---|
| **Name:** | JOSEPH SROUR |
| **Date of Birth:** | ▇▇▇▇ |
| **US Citizen:** | |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | ▇▇▇▇ |
| **Age at time of crime/arrest:** | 22 |
| **Address:** | 1968 E 12 ST, BKLYN, NY |
| **Fax Number:** | K40296 |
| **Place of Arrest:** | NYCPD 61 |

3/8/2019

| | |
|---|---|
| **Date of Crime:** | July 11, 1996 |
| **Place of Crime:** | NYCPD 61 |
| **Criminal Justice Tracking No.:** | 16690538Y |
| **Arresting Agency:** | NYCPD PCT 061 |
| **Arresting Officer ID:** | 899858 |
| **Incident Number:** | 09832930 |
| **Arrest Number:** | K96053860 |

**Arrest Charges:**



## Court Case Information

--**Court:** Kings County Criminal Court    **Case Number:** 96K052511

July 12, 1996
**Initial Report Of Docket Number**

July 12, 1996
**Arraigned**



August 08, 1996
**Dismissed CPL160.50**



August 08, 1996
**Not Arraigned**



January 10, 1997
**Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

**Interim release Status:** Posted Bail

## Cycle 1 ⬆
### Cycle may not be supported by fingerprints

**Arrest/Charge Information**

Arrest Date: June 07, 1995 12:45 pm (12:45:00)

| | |
|---|---|
| Name: | JOSEPH SROUR |
| Date of Birth: | June 20, 1974 |
| US Citizen: | |
| Sex: | Male |
| Race: | White |
| SSN: | ▮▮▮▮▮ |
| Age at time of crime/arrest: | 20 |
| Address: | 1968 E 12 ST, BKLYN, NY |
| Fax Number: | KP14446 |
| Place of Arrest: | NYCPD 75 |
| Arrest Type: | Unknown |
| Date of Crime: | May 20, 1995 |
| Place of Crime: | NYCPD 75 |
| Criminal Justice Tracking No.: | 18603412P |
| Arresting Agency: | NYCPD PCT 075 |
| Arresting Officer ID: | 882813 |
| Incident Number: | 09834924 |
| Arrest Number: | K95045519 |

**Arrest Charges:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Court Case Information**

--Court: Kings County Criminal Court   Case Number: 95K061856

August 14, 1995
**Initial Report Of Docket Number**

August 15, 1995
**Arraigned**



August 15, 1995
**Adjourned In Contemplation Of Dismissal CPL170.55**

February 14, 1996
**Dismissed After Adjournment In Contemplation Of Dismissal CPL170.55**

3/8/2019



February 15, 1996
**Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

## ● Other History Related Information

There is no Other History Related Information associated with this history.

## ● Job/License Information

**Civil Information**

| | |
|---|---|
| Type of Application: | Pistol |
| Name: | JOSEPH SROUR |
| Date of Birth: | |
| Country of Citizenship: | USA |
| US Citizen: | |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Unknown |
| SSN: | |
| Address: | |
| Agency ID: | 201817141 |
| Date of Application: | February 07, 2019 |
| Application Agency: | NYCPD Licensing Division |
| Application Number: | 201817141 |

| | |
|---|---|
| Type of Application: | Purchase/Sell Rifle/Shotgun |
| Name: | JOSEPH SROUR |
| Date of Birth: | |
| US Citizen: | |
| SSN: | |
| Address: | |
| Agency ID: | 670051 |
| Date of Application: | July 19, 1994 |
| Application Agency: | NYCPD Firearms Control Section |
| Application Number: | 670051 |

## ● Additional Information

Sentencing - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Sealed 160.50/160.50 ACD/160.55** - Utilization of any sealed 160.50/160.50 ACD/160.55 data is restricted to official purposes authorized by law and should not be further disseminated except upon specific authorization of a court or where specifically required or permitted by statute.

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C. Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

3/8/2019