**EXHIBIT 2**



**POLICE DEPARTMENT
CITY OF NEW YORK
LICENSE DIVISION
RIFLE/SHOTGUN SECTION**
120-55 QUEENS BLVD. B-11
KEW GARDENS, NY 11424
(718) 520-9300 MAIN
(718) 520-9308 FAX

June 13, 2019

Application # RS2018017145

Srour, Joseph

### Notice of Application Disapproval

Dear Sir/Madam,

    An investigation has been conducted regarding your application for Rifle/Shotgun Permit. It has been determined that your application for a permit is denied for the following reason(s). The circumstances surrounding your actions exhibited in your past question your ability to abide by the rules and regulations to possess a rifle/shotgun permit.

    **Based on your arrests for** ▓▓▓▓▓ **you have shown poor moral judgment and an unwillingness to abide by the law. The above circumstances, as well as your derogatory driving record (twenty eight moving violations and thirty license suspensions), reflect negatively upon your moral character and casts grave doubt upon your fitness to possess a firearm.**

    In accordance with Title 38 of the Rules of the City of New York, you may submit a sworn written statement, which shall be known as an "Appeal of Application Disapproval," to <u>Jonathan David, Director, License Division, One Police Plaza, Room 110A, New York, NY 10038</u> within the thirty (30) calendar days of the date on the "Notice of Application Disapproval" requesting an appeal of the denial, and setting forth the reasons supporting the appeal. The Appeal of Application Disapproval shall become part of the application. It shall state the grounds for the appeal and shall contain the following statement to be signed by the applicant and notarized: "Under penalty of perjury, deponent being duly sworn says that s/he is familiar with all of the statements contained herein and that each of these statements is true, and no pertinent facts have been omitted." Appeals that are unsworn by the applicant or submitted by individuals or business entities other than the applicant or her/his New York State licensed attorney shall not be accepted.

Sincerely,

LT B. [signature]
Capt. Asif Iqbal
Executive Officer
License Division

FOR

COURTESY • PROFESSIONALISM • RESPECT
Website: http://nyc.gov/nypd