**EXHIBIT 3**



**LICENSE APPLICATION DISAPPROVED**
PD 616-121A (Rev 6-01)

**LICENSE DIVISION**
**ADMINISTRATIVE APPEAL UNIT**
1 POLICE PLAZA - Room 110
New York, NY 10038
1-646 610 5873

| Joseph Srour | DATE: 5-30-19 |
|---|---|
| | DISAPPROVAL#: 150/19 |

# NOTICE OF DISAPPROVAL

Dear Applicant:

Your application for a (Premise Residence) Handgun License is DISAPPROVED as per Title 38 of the RULES OF THE CITY OF NEW YORK §5-10 (indicate letter from 5-10) based on the following reasons:

**ARREST HISTORY:**
- 07/11/1996
- 06/07/1995

**CRIMINAL COURT SUMMONS HISTORY:**
- 08/15/2015 Navigational Law
- 08/18/2012 Navigational Law

**DRIVING HISTORY:**
- 28 Moving violations from 06/19/1991 to 12/11/2013
- License was suspended 24 times from 08/25/1991 to 12/15/2000
- License was revoked 6 times 07/07/1992 to 01/17/1995

To appeal this decision, the applicant must submit a notarized statement setting forth the grounds for the appeal. The notarized statement shall contain the following language and be signed by the applicant in the presence of a Notary Public:

> "Under penalty of perjury deponent being duly sworn, says that he/she is familiar with all of the statements contained herein and that each of these statements are true, and no pertinent facts have been omitted."

Appeals that are not notarized, or appeals submitted by individuals or business entities other than the applicant (or applicant's attorney) will not be accepted. Appeals must be forwarded to the Director of the License Division within (30) days of the date of this notice. Mark Envelope – ATTENTION: APPEAL UNIT

By direction of

Inspector Michael Barreto
Commanding Officer