UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOSEPH SROUR,

                                  Plaintiff,

      v.

NEW YORK CITY, New York,
KEECHANT SEWELL, in her Official
Capacity as NYPD Police Commissioner,

                                Defendants.
------------------------------------------------------------------------ x

**DECLARATION OF AIMEE K. LULICH**

22-CV-0003 (JPC)

       **AIMEE K. LULICH**, an attorney duly admitted to practice in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

       1.    I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York and Police Commissioner Keechant Sewell, in her Official Capacity as NYPD Commissioner. As such, I am familiar with the facts and circumstances stated herein based on the books and records of the City of New York, and conversations with its agents and employees. I make this declaration in opposition to plaintiff's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

       2.    In opposition to plaintiff's motion, defendant submits the following exhibits:

       3.    Annexed hereto as Exhibit "A" is a copy of Complaint.

       4.    Annexed hereto as Exhibit "B" is a copy of the Answer.

- 2 -

5. Annexed hereto as Exhibit "C" is a copy of the Minute Entry dated November 3, 2022 stating that plaintiff withdrew his as-applied and pre-emption claims and chose to move for summary as to liability with respect to his facial challenge only.

February 21, 2023
New York, New York

By: /S_____
    Aimee Lulich
    Senior Counsel