|  |  |  |
|---|---|---|
|  |  | for all parties should call (866) 434-5269, access code 9176261. Plaintiff is redirected to submit a letter to the Court stating in more detail his position on the proposed motion by October 12, 2022. Defendants shall submit a letter detailing their position by October 17, 2022. SO ORDERED. New York City, New York answer due 10/7/2022; Keechant Sewell answer due 10/7/2022., (Telephone Conference set for 10/21/2022 at 12:00 PM before Judge John P. Cronan.) (Signed by Judge John P. Cronan on 9/26/2022) (kv) (Entered: 09/26/2022) |
| 09/26/2022 | 20 | CONSENT LETTER MOTION to Adjourn Conference addressed to Judge John P. Cronan from Amy L. Bellantoni dated September 26, 2022. Document filed by Joseph Srour..(Bellantoni, Amy) (Entered: 09/26/2022) |
| 09/28/2022 | 21 | ORDER granting 20 Letter Motion to Adjourn Conference. The request is granted. The conference previously scheduled for October 21, 2022 is adjourned until November 3, 2022 at 9:00 a.m. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 20. SO ORDERED. Telephone Conference set for 11/3/2022 at 09:00 AM before Judge John P. Cronan.. (Signed by Judge John P. Cronan on 9/27/2022) (kv) (Entered: 09/28/2022) |
| 10/07/2022 | 22 | ANSWER to 1 Complaint with JURY DEMAND. Document filed by New York City, New York, Keechant Sewell..(Lulich, Aimee) (Entered: 10/07/2022) |
| 10/12/2022 | 23 | LETTER addressed to Judge John P. Cronan from Amy L. Bellantoni dated October 12, 2022 re: Plaintiff's premotion letter. Document filed by Joseph Srour..(Bellantoni, Amy) (Entered: 10/12/2022) |
| 10/17/2022 | 24 | LETTER addressed to Judge John P. Cronan from Aimee Lulich dated October 17, 2022 re: Defendants' Position regarding Plaintiff's Proposed Summary Judgment Motion. Document filed by New York City, New York, Keechant Sewell..(Lulich, Aimee) (Entered: 10/17/2022) |
| 11/03/2022 |  | Minute entry for proceedings held before Judge John P. Cronan: Telephone Conference held on November 3, 2022. The parties and Court discussed Plaintiffs proposed motion for summary judgment. Plaintiff withdrew his as-applied challenge and state preemption claim. Plaintiff shall move for summary judgment as to liability with respect to his facial challenge by December 16, 2022, Defendants shall file their opposition by January 31, 2023, and Plaintiff shall file his reply, if any, by February 14, 2023. The parties are allotted forty pages for their lead briefs, and Plaintiff is allotted twenty pages for his reply brief. The Court will set a schedule for discovery as to damages in the event Plaintiff prevails on summary judgment. (Court Reporter Alena Lynch) (mhe) (Entered: 12/01/2022) |
| 12/16/2022 | 25 | MOTION for Summary Judgment . Document filed by Joseph Srour. Responses due by 1/31/2023.(Bellantoni, Amy) (Entered: 12/16/2022) |
| 12/16/2022 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION for Summary Judgment . . Document filed by Joseph Srour..(Bellantoni, Amy) (Entered: 12/16/2022) |
| 12/16/2022 | 27 | DECLARATION of Joseph Srour in Support re: 25 MOTION for Summary Judgment .. Document filed by Joseph Srour. (Attachments: # 1 Exhibit DCJS Report, # 2 Exhibit June 13, 2019 Notice of Disapproval of Rifle/Shotgun Permit, # 3 Exhibit May 30, 2019 Notice of Disapproval of Handgun License, # 4 Exhibit November 7, 2019 Notice of Disapproval After Appeal).(Bellantoni, Amy) (Entered: 12/16/2022) |
| 12/16/2022 | 28 | RULE 56.1 STATEMENT. Document filed by Joseph Srour..(Bellantoni, Amy) (Entered: 12/16/2022) |
| 01/26/2023 | 29 | CONSENT LETTER MOTION for Extension of Time to File *Opposition to Motion for Summary Judgment* addressed to Judge John P. Cronan from Aimee Lulich dated January |