

March 6, 2023

**<u>VIA ECF</u>**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: <u>Joseph Srour v. City of New York, et. al.</u>
            22-CV-0003 (JPC)

Your Honor:

    I represent the plaintiff, Joseph Srour, in the above-referenced matter.

    I write with the consent of defense counsel, Aimee Lulich, to request an extension of time to submit Plaintiff's Reply to our motion for summary judgment. The reason for the request is that I have been sick and out of the office with covid for the past 2 weeks.

    Plaintiff's Reply submission is due tomorrow, March 7, 2023. If the Court grants this request, Plaintiff's Reply will be filed on or before March 27, 2023.

    Thank you for the Court's consideration in this matter.

Sincerely,
/s
Amy L. Bellantoni

cc: Aimee Lulich (via ECF)

The request is granted.  Plaintiff shall filed his reply by March 27, 2023.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 34.

SO ORDERED.
Date: March 6, 2023
New York, New York

                                              JOHN P. CRONAN
                                          United States District Judge