

2023 October (current)

Chapter 2: Unlawful Sale or Possession of Controlled Substances

Chapter 3: Firearms

§ 10-301 Control and regulation of the disposition, purchase and possession of firearms, rifles, shotguns and assault weapons.

§ 10-302 Licensing of gunsmiths, of wholesale manufacturers of firearms, or assemblers of firearms, dealers in firearms, dealers in rifles and shotguns, and special theatrical dealers.

§ 10-302.1 Preventing the diversion of firearms, rifles and shotguns to criminals.

§ 10-303 Permits for possession and purchase of rifles and shotguns.

§ 10-303.1 Prohibition of the possession or disposition of assault weapons.

§ 10-303.2 Civil penalty; firearms dealers and manufacturers.

§ 10-304 Certificates of registration.

§ 10-305 Exemptions.

§ 10-306 Disposition, purchase and possession of ammunition and ammunition feeding devices.

§ 10-307 Supply of forms.

§ 10-308 Vehicles, rooms, dwellings or structures; possession therein.

§ 10-309 Identifying marks.

§ 10-310 Violation.

§ 10-311 Sale of weapons without safety locking device prohibited.

§ 10-312 Use of safety locking device required under certain circumstances.

§ 10-313 Mandatory disclosure of gun violence information.

§ 10-314 Prohibition on unfinished frames or receivers.

§ 10-315 Times Square sensitive location zone.

§ 10-316 Firearm trafficking report.

Chapter 4: Actions by Victims of Violent Crime

Chapter 5: Disclosure of Security Breach

Chapter 6: Gun Offender Registration Act

Chapter 7: Unauthorized Recording in a Place of Public Performance

Chapter 8: Silver Alert System

Chapter 9: Hit-and-Run Alert

Chapter 10: Prevention of Interference with Reproductive Health Services

Chapter 11: Actions by Victims of Gender-Motivated Violence

Title 11: Taxation and Finance

Title 12: Personnel and Labor

Title 13: Retirement and Pensions

Title 14: Police

Title 15: Fire Prevention and Control

Title 16: Sanitation

Title 16-A: [Commercial Waste Removal]

Title 16-B: Commercial Waste Zones

Title 17: Health

Title 18: Parks

Back to Code Library

Search    Login    Select Language    Resources

NY > New York City > The New York City … > § 10-303 Permits for possession and purchase of rifles and shotguns.

of theft, if known, the date of the loss or theft, if known, and the date when the loss or theft was reported to the law enforcement agency; and

(4)   such person's attempt to replace the regulated firearm occurs within thirty days of the loss or theft of such firearm, if known, or, if such date is not known, within thirty days of the date when the loss or theft is reported to the law enforcement agency, as reflected by the information recorded on the police report; and

(vi)   any other transaction authorized in advance in writing by the commissioner.

h.   *Penalties.*

(i)   In addition to the penalties specified in section 10-310, any act or omission that constitutes or would constitute a violation of this section or of rules and regulations issued by the commissioner pursuant thereto shall be grounds for the revocation of a license to deal in firearms, deal in rifles and shotguns, possess firearms, or possess a rifle or shotgun.

(ii)   Any firearm disposed of or acquired in violation of this section shall be a nuisance subject to surrender and forfeiture in accordance with the procedures specified in section 400.05 of the penal law.

i.   The commissioner may make and promulgate such rules and regulations as are necessary to carry out the provisions of this section. Such rules and regulations may address, but need not be limited to:

(i)   procedures for implementation of this section by the commissioner;

(ii)   establishment of a database of firearm, rifle and shotgun purchases for the purpose of enforcing the requirements of this chapter; and

(iii)   the specification of reasonable efforts required to comply with subdivision d of this section.

**Editor's note:** For related unconsolidated provisions, see Appendix A at L.L. 2005/009 and L.L. 2006/031.

### § 10-303 Permits for possession and purchase of rifles and shotguns.



It shall be unlawful to dispose of any rifle or shotgun to any person unless said person is the holder of a permit for possession and purchase of rifles and shotguns; it shall be unlawful for any person to have in his or her possession any rifle or shotgun unless said person is the holder of a permit for the possession and purchase of rifles and shotguns. The disposition of a rifle or shotgun, by any licensed dealer in rifles and shotguns, to any person presenting a valid rifle and shotgun permit issued to such person, shall be conclusive proof of the legality of such disposition by the dealer.

a.   *Requirements.* No person shall be denied a permit to purchase and possess a rifle or shotgun unless the applicant:

(1)   is under the age of twenty-one; or

(2)   is not of good moral character; or

(3)   has been convicted anywhere of a felony; of a serious offense as defined in §265.00 (17) of the New York State Penal Law; of a misdemeanor crime of domestic violence as defined in 18 U.S.C. § 921(a); of a misdemeanor crime of assault as defined in the penal law where the applicant was convicted of such assault within the ten years preceding the submission of the application; or of any three misdemeanors as defined in local, state or federal law, however nothing in this paragraph shall preclude the denial of a permit to an applicant with fewer than three misdemeanor convictions; or

(4)   has not stated whether he or she has ever suffered any mental illness or been confined to any hospital or institution, public or private, for mental illness; or

(5)   is not now free from any mental disorders, defects or diseases that would impair the ability safely to possess or use a rifle or shotgun; or

(6)   has been the subject of a suspension or ineligibility order issue pursuant to §530.14 of the New York State Criminal Procedure Law or §842-a of the New York State Family Court Act; or

(7)   who is subject to a court order that

   (a)   was issued after a hearing of which such person received actual notice, and at which such person had the opportunity to participate;

   (b)   restrains such person from harassing, stalking, or threatening an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and

   (c)   (i)   includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child; or

      (ii)   by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury;

   (d)   For purposes of this section only, "intimate partner" means, with respect to a person, the spouse of the person, a former spouse of the person, an individual who is a parent of a child of the person, and an individual who cohabitates or has cohabitated with the person; or

(8)   has been convicted of violating section 10-303.1 of this chapter; or

(9)   **unless good cause exists for the denial of the permit.**

b.   *Application.* Application for a rifle and shotgun permit shall be made to the police commissioner, shall be signed and affirmed by the applicant and shall state his or her full name, date of birth, residence, physical condition, occupation and whether he or she complies with each requirement specified in subdivision a of this section, and any other information required by the police commissioner to process the application. Each applicant shall submit with his or her application a photograph of himself or herself in duplicate, which shall have been taken within thirty days prior to the filing of the application. Any willful or material omission or false statement shall be a violation of this section and grounds for denial of the application.

c.   Before a permit is issued or renewed, the police department shall investigate all statements required in the application. For that purpose, the records of the department of mental hygiene concerning previous or present mental illness of the applicant shall be available for inspection by the investigating officer of the police department. In order to ascertain any previous criminal record, the investigating officer shall take the fingerprints and physical descriptive data in quadruplicate of each individual by whom the application is signed. Two copies of such fingerprints shall be taken on standard fingerprint cards eight inches square, and one copy may be taken on a card supplied for that purpose by the federal bureau of investigation. When completed, one standard card shall be promptly submitted to the division of criminal justice services where it shall be appropriately processed. A second standard card, or the one supplied by the federal bureau of investigation, as the case may be, shall be forwarded to that bureau at Washington with a request that the files of the bureau be searched and notification of the results of the search be made to the police department. The failure or refusal of the federal bureau of investigation to make the fingerprint check provided for in this section shall not constitute the sole basis for refusal to issue a permit pursuant to the provisions of this section. Of the remaining two fingerprint cards, one shall be filed with the executive department, division of state police, Albany, within ten days after issuance of the permit, and the other remain on file with the police department. No such fingerprints may be inspected by any person other than a peace officer, when acting pursuant to his or her special duties, or a police officer, except on order of a justice of a court of record entered upon notice to the permittee or without notice, as the judge or justice may deem appropriate. Upon completion of the investigation, the police department shall report the results to the police commissioner without unnecessary delay.

d.   *Fees.* The fee for an application for a rifle and shotgun permit or renewal thereof shall be one hundred forty dollars.

e.   *Issuance.*

(1)   Upon completion of the investigation, and in no event later than thirty days from the submission of the application, unless the police commissioner determines more time is needed for an investigation and then it shall not exceed sixty days, the commissioner shall issue the permit or shall notify the applicant of the denial of the application and the reason or reasons therefor. The applicant shall have the right to appeal said denial pursuant to procedures established by the police commissioner for administrative review.

(2)   Any person holding a valid license to carry a concealed weapon in accordance with the provisions of the penal law, shall be issued such permit upon filing an application and upon paying the established fee therefor, without the necessity of any further investigation, affidavits or fingerprinting, unless the police commissioner has reason to believe that the status of the applicant has changed since the issuance of the prior license.

f.   *Validity.* Any person to whom a rifle and shotgun permit has been validly issued pursuant to this chapter may possess a rifle or shotgun. No permit shall be transferred to any other person. Every person carrying a rifle or shotgun shall have on his or her person a permit which shall be exhibited for inspection to any peace officer or police officer upon demand. Failure of any such person to so exhibit his or her permit shall be presumptive evidence that he or she is not duly authorized to possess a rifle or shotgun and the same may be considered by the police commissioner as cause for revocation or suspension of such permit. A permit shall be valid for three (3) years and shall be subject to automatic renewal, upon sworn application, and without investigation, unless the police commissioner has reason to believe that the status of the applicant has changed since the previous application.

g.   *Revocation or suspension.* A permit shall be revoked upon the conviction in this state, or elsewhere, of a person holding a rifle or shotgun permit, of a felony or a serious offense. A permit may be revoked or suspended at any time upon evidence of any other disqualification set forth in subdivision a of this section. Upon revocation or suspension of a permit for any reason, the police commissioner shall immediately notify the New York state division of criminal justice services. The commissioner shall from time to time send a notice and supplemental report hereof, containing the names, addresses and permit numbers of each person whose rifle and shotgun permit has been revoked or suspended to all licensed dealers in rifles and shotguns throughout the city for the purpose of notifying such dealers that no rifles or shotguns may be issued or sold or in any way disposed of to any such persons. The police commissioner or any police officer acting at the police commissioner's direction shall forthwith seize any rifle and shotgun permit which has been revoked or suspended hereunder and shall seize any rifle or shotgun possessed by such person, provided that the person whose rifle or shotgun permit has been revoked or suspended, or such person's appointee or legal representative, shall have the right at any time up to one year after such seizure to dispose of such rifle or shotgun to any licensed dealer or any other person legally permitted to purchase or take possession of such rifle or shotgun. The permittee shall have the right to appeal any suspension or revocation pursuant to procedures established by the commissioner for administrative review.

h.   *Non-residents.* Non-residents of the city of New York may apply for a rifle or shotgun permit subject to the same conditions, regulations and requirements as residents of the city of New York.

**Editor's note:** For related unconsolidated provisions, see Appendix A at L.L. 1991/078.

### § 10-303.1 Prohibition of the possession or disposition of assault weapons.



a.   It shall be unlawful for any person to possess or dispose of any assault weapon within the city of New York, except as provided in subdivision d, e or f of this section or section 10-305. A person who peaceably surrenders an assault weapon to the commissioner pursuant to subdivision d, e or f of this section or subdivision f of section 10-305 shall not be subject to the criminal or civil penalties set forth in this section.

b.   *Criminal penalty.* Any person who shall violate subdivision a of this section shall be guilty of an unclassified misdemeanor punishable by a fine of not more than five thousand dollars or by



Previous Doc    Next Doc