S.D.N.Y. – N.Y.C.
22-cv-3
Cronan, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of February, two thousand twenty-four.

Present:
    Amalya L. Kearse,
    Michael H. Park,
    Beth Robinson,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 21 2024
```

Joseph Srour,

    *Plaintiff-Appellee*,

v.                                                                                      23-7549

New York City, New York, Edward A. Caban,

    *Defendants-Appellants*,

Keechant Sewell, in her Official Capacity as NYPD Police Commissioner,

    *Defendant*.

Appellant New York City moves for a stay, pending appeal, of the part of the district court's order enjoining N.Y.C. Administrative Code § 10-303(a)(2). Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *See Nken v. Holder*, 556 U.S. 418, 434–35 (2009); *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007); *see also Antonyuk v. Chiumento*, 89 F.4th 271, 312 (2d Cir. 2023) (upholding constitutionality of New York State's requirement that an applicant for a firearm license have "good moral character").

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



CERTIFIED COPY ISSUED ON 02/21/2024