UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSEPH SROUR,                                                          :
:
                            Plaintiff,                :
:       22 Civ. 3 (JPC)
         -v-                                                          :
:
NEW YORK CITY, New York, and THOMAS G.                                 :
DONLON, In His Official Capacity as NYPD Police                        :
Commissioner,                                                          :
:
                           Defendants.                :
:
-----------------------------------------------------------------------X
:
JOSEPH SROUR,                                                          :
:
                            Plaintiff,                :
:
         -v-                                                          :       23 Civ. 9489 (JPC)
:
NEW YORK CITY, New York, *et al.*,                                     :       <u>ORDER</u>
:
                           Defendants.                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has received the parties' status letters in *Srour II* dated November 1, 2024. The Court will hold an in-person status conference for both *Srour I* and *Srour II* on November 26, 2024, at 1:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. The parties should be prepared to discuss next steps in both cases during the conference, including with regard to Plaintiff's claims for damages in *Srour I*.

       SO ORDERED.

Dated: November 8, 2024
       New York, New York

                                                               _____
                                                                      JOHN P. CRONAN
                                                             United States District Judge