```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH SROUR,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :
              -v-                                                      :      22 Civ. 3 (JPC)
                                                                       :
NEW YORK CITY, New York, and JESSICA S.                                :      ORDER
TISCH,[1] In Her Official Capacity as NYPD Police                      :
Commissioner,                                                          :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on May 29, 2025.  The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.  The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by May 2, 2025.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by May 9, 2025.  The parties shall appear for a final pretrial conference on May 22, 2025, at 4:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.  The Parties shall submit thumb drives with electronic copies of all intended exhibits by May 23, 2025.

   SO ORDERED.

Dated: April 3, 2025                                _____
       New York, New York                                    JOHN P. CRONAN
                                                       United States District Judge

---

[1] Jessica S. Tisch, the New York City Police Commissioner, is substituted for former acting Commissioner Thomas G. Donlon in accordance with Federal Rule of Civil Procedure 25(d).