

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**AIMEE K. LULICH**
*Phone: (212) 356-2369*
*Fax: (212) 356-2019*
*E-mail:alulich@law.nyc.gov*

April 7, 2025

**By ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Joseph Srour v. City of New York et. al.</u>,
     22-CV-0003 (JPC)

Your Honor:

  I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, counsel for Defendants City of New York ("City") and New York City Police Department ("NYPD") Commissioner Jessica Tisch. I write, pursuant to the Court's Order dated April 2, 2025, to inform the Court that defendants do not seek a jury trial in this matter and are prepared to move forward with a bench trial as scheduled during the conference before this Court on April 2nd.

            Respectfully submitted,

            /s/
            Aimee K. Lulich

cc: Amy Bellantoni (via ECF)
  *Counsel for Plaintiff*