

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**AIMEE K. LULICH**
*Phone: (212) 356-2369*
*Fax: (212) 356-2019*
*E-mail:alulich@law.nyc.gov*

April 22, 2026

**BY ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    Joseph Srour v. City of New York et. al.,
                           22-CV-0003 (JPC)

Your Honor:

        I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for defendants in the above-entitled action. Pursuant to Your Honor's Order dated March 30, 2026, defendants' response to plaintiff's letter motion for fees and pre-judgment interest is due April 27, 2026. I write to respectfully request a seven-day enlargement of time, until May 4, 2026, to file defendants' letter response. The additional time is necessary for defendants to fully review the records annexed to plaintiff's request and to respond to the arguments raised in plaintiff's letter. Plaintiff's counsel consents to this request.

        In addition, defendants respectfully request that this Court permit defendants to exceed the three-page limit on letters contained in the Court's Individual Rules and Practices so that defendants may fully respond to the arguments set forth in plaintiff's nine-page letter motion. Defendants ask that they be permitted to file up to nine pages, commensurate with plaintiff's letter. Plaintiff's counsel also consents to this request.

        I thank the Court for its consideration of these requests.

                                        Respectfully submitted,

                                        /S
                                        Aimee K. Lulich

The request is granted. Defendants shall respond to Plaintiff's letter-motion by May 4, 2026, and are permitted to file up to nine pages, commensurate with Plaintiff's letter. The Clerk of Court is respectfully directed to close Docket Number 75.

SO ORDERED.
April 23, 2026
New York, New York

JOHN P. CRONAN
United States District Judge